**UNITED STATES DISTRICT COURT**
**District of Maine**

|  |  |  |
|---|---|---|
| ANTHONY LOGAN, | ) | Docket No. 2:16-CV-00464-GZS |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| YORK COUNTY SHERIFF'S OFFICE | ) |  |
| AND EMPLOYEES, | ) |  |
| Defendants | ) |  |
|  | ) |  |

## STIPULATION OF DISMISSAL

NOW COME the parties and hereby stipulate that the above-entitled matter may be dismissed, with prejudice and without costs or interest to any party.

Dated: July 31, 2017          /s/  Anthony Logan
                              Anthony Logan, pro se Plaintiff


Dated: July 31, 2017          /s/  Peter T. Marchesi
                              Peter T. Marchesi, Esq.
                              Attorney for Defendants

## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |  |
|---|---|---|
| ANTHONY LOGAN, | ) | Docket No. 2:16-CV-00464-GZS |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YORK COUNTY SHERIFF'S OFFICE, | ) | |
| Defendants | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for Defendant York County Sheriff, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

Anthony Logan
Maine State Prison
807 Cushing Road
Warren, ME  04864

Dated: August 9, 2017

 /s/  Peter T. Marchesi
Peter T. Marchesi, Esq.
Attorney for Defendant York County Sheriff
Wheeler & Arey, P.A.
27 Temple Street, P.O. Box 376
Waterville, ME  04903-0376

2